IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| US AIRWAYS, INC., et al., ) | Jointly Administered |
| ) | Case No. 04-13819 |
| Debtors. ) | |
| ) | Hon. Stephen S. Mitchell |

## NOTICE OF APPEARANCE

COMES NOW, Sonnenschein Nath & Rosenthal LLP ("Movant") and files this its Notice of Appearance as counsel for The Official Committee of Unsecured Creditors of UAL Corporation and its affiliated debtors (see case no. 02-48191 in the Northern District of Illinois), a party-in-interest in the above styled case, and pursuant to applicable law and Bankruptcy Rule 9010 respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the offices, postal addresses and telephone numbers listed as follows:

| | |
|---|---|
| Fruman Jacobson | Carole Neville |
| Patrick C. Maxcy | Mark A. Fink |
| Monika J. Machen | Sonnenschein Nath & Rosenthal LLP |
| Sonnenschein Nath & Rosenthal LLP | 1221 Avenue of the Americas |
| 8000 Sears Tower | 25th Floor |
| 233 S. Wacker Drive | New York, NY 10020-1089 |
| Chicago, IL 60606 | Telephone: (212) 768-6700 |
| Telephone: (312) 876-8000 | Fax: (212) 768-6800 |
| Fax: (312) 876-7934 | |

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, plan of reorganization, pleading or request, formal or informal,

whether transmitted or conveyed by mail, telephone or otherwise. Further, Movant requests that it be provided with a copy of any chapter 11 Plan submitted or to be submitted prior to its approval.

Movant additionally requests that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated: September 15, 2004

> Respectfully submitted,
> The Official Committee of
> Unsecured Creditors of UAL
> Corporation and Affiliated Debtors
>
> By: *P.C. Mc/y*
> One of its attorneys

Fruman Jacobson (ARDC #013158460)
Patrick C. Maxcy (ARDC #6275469)
Monika J. Machen (ARDC #6273699)
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
223 South Wacker Drive
Chicago, IL 60606
312-876-8000

Carole Neville (CN/5733)
Mark A. Fink
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
25th Floor
New York, NY 10020-1089
212-768-6700

## CERTIFICATE OF SERVICE

I, Patrick C. Maxcy, an attorney hereby certify that I caused to be served a copy of the foregoing **NOTICE OF APPEARANCE** upon the parties on the attached Service List via electronic mail and United States first class mail, postage prepaid, (as noted on the attaché service list) on this 15th day of September, 2004.

_____P. C. Maxy_____

11767564\V-1

U.S. Airways et al.
Case No. 04-13819

### Service List

**Via email transmission:**

| | |
|---|---|
| Daniel F. Blanks | dblanks@mcguirewoods.com |
| Sarah Beckett Boehm | sboehm@mcguirewoods.com |
| Douglas M. Foley | dfoley@mcguirewoods.com and scott.rinaldi@fticonsulting.com |
| John H. Maddock III | jmaddock@mcguirewoods.com |
| W. Clarkson McDow, Jr. | ustpregion04.ax.ecf@usdoj.gov |
| Lawrence E. Rifken | lrifken@mcguirewoods.com; rholderfield@mcguirewoods.com; jlister@mcguirewoods.com; scott.rinaldi@fticonsulting.com; anita_p._beier@usairways.com |
| Alan Rosenblum | alan@rosenblumllc.com and lynn@rosenblumllc.com |
| Joseph S. Sheerin | jsheerin@mcguirewoods.com |
| Ezra I. Bialik | ebialik@panynj.gov |

**Via first-class mail, postage prepaid:**

| US Airways, Inc.<br>2345 Crystal Drive<br>Arlington, VA 22227 | Brian P. Leitch<br>Arnold & Porter, LLP<br>370 17th St., Suite 4500<br>Denver, CO 80202 | Daniel M. Lewis<br>Arnold & Porter, LLC<br>555 12th Street, NW<br>Washington, DC 20004 |
|---|---|---|
| Michael J. Canning<br>Arnold & Porter, LLC<br>399 Park Avenue<br>New York, NY 10022 | Metropolitan Washington Airport Authority<br>Washington National Airport<br>Washington, DC 20001 | Robert Coulter<br>Asst. US Attorney, Civil Division<br>US Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 |
| Andrea Horowitz Handel<br>Brendan Collins<br>Commercial Litigation Branch, Civil Division<br>US Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 | Steven J. Reisman<br>Daniel R. Lenihan<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | David Walls<br>David Eades<br>Steven Gruendel<br>Moore & Van Allen, PLLC<br>100 N. Tryon St., 47th Fl.<br>Charlotte, NC 28202 |

| | | |
|---|---|---|
| Monique Almy<br>Steven Tave<br>Swidler Berlin Friedman, LLP<br>The Washington Harbour<br>3000 K Street, NW Suite 300<br>Washington, DC  20007 | Retirement Systems of<br>  Alabama Holdings, LLC<br>135 Union Street<br>Montgomery, AL  36102 | Monique D. Almy<br>Ober, Kaler, Grimes<br>  & Shriver<br>120 E. Baltimore Street<br>Baltimore, MD  21202-1643 |
| Embraer-Empresa Brasileira<br>  de Aeronautica SA<br>12 227 901 Sao Jose Dos<br>Campos SP<br>Brazil | Bombadier, Inc.<br>Bombadier Aerospace-<br>  Regional Aircraft<br>Attn: Director of Contracts<br>123 Garratt Boulevard<br>Downsview, Ontario<br>Canada M3K 1Y5 | GE Capital Corporation (2)<br>c/o GE Capital Aviation<br>  Services<br>Attn:  Contracts Lender<br>201 High Ridge Road<br>Stanford, CT  06927 |
| GE Engine Services, Inc. (2)<br>Attn:  General Manager-Sales<br>1 Neumann Way<br>MD F112<br>Cincinnati, OH  45215 | AVSA SARL<br>Attn: Director of Contracts<br>2 Rond Point Maurice<br>  Bellonti<br>31700 Blagnac<br>France | General Electric Company,<br>  acting through its Aircraft<br>  Engines Divisions (2)<br>Attn: Director, Commercial<br>  Contracts<br>One Neumann Way - F17<br>Cincinnati, OH  45215-1988 |
| Electronic Data Systems<br>  Corporation<br>5400 Legacy Drive<br>H1 3F 43<br>Plano, TX  75024 | Sabre Inc.<br>Attn: President & CEO<br>3150 Sabre Drive, MD 8311<br>Southlake, TX  76092 | Worldspan<br>Airline Sales & Marketing<br>300 Galleria Parkway NW<br>Suite 400<br>Atlanta, GA  30339 |
| Philadelphia Int'l Airport<br>Terminal E<br>Philadelphia, PA  19153 | Amadeus, USA<br>9250 NW 36th St., Suite Ac53<br>Miami, FL  33178 | Rolls Royce, Inc.<br>P.O. Box 31<br>Derby DE24 8BJ<br>United Kingdom |
| Charlotte Douglas Int'l<br>  Airport<br>P.O. Box 19066<br>Charlotte, NC  28219 | Galileo - Cedant Corporation<br>9700 W. Higgins Road<br>Rosemont, IL  60018 | LSG Skychefs<br>P.O. Box 7247-6009<br>Philadelphia, PA  19170-6009 |
| Transportation Safety Admin.<br>614 Frelinghuysen Avenue<br>Newark, NJ  07114 | Eurocontrol (Belgium)<br>Rue de la Fusse 96<br>Bruxelles B1130<br>Belgium | The Port Authority of<br>  NY & NJ<br>LaGuardia Airport<br>Flushing, NY  11371 |
| American Express<br>Attn: Stephen Selwood<br>3 World Financial Center<br>200 Vessey Street<br>Maildrop 04 42 04<br>New York, NY  10285 | United Technologies Corp.<br>Pratt & Whitney Division<br>Attn: Vice President,<br>     Contract Management<br>400 Main Street<br>E. Hartford, CT  06108 | Pratt & Whitney Canada, Inc.<br>100 Marie Victorin<br>Longueuil, Quebec J4G1A1<br>Canada |

- 3 -

| Allegheny County Airport<br>Attn: Director of Aviation<br>County of Allegheny<br>Pittsburgh Int'l Airport<br>Landslide Terminal<br>Suite 4000<br>P.O. Box 12370<br>Pittsburgh, PA  15231 | Massachusetts Port Authority<br>P.O. Box 5853<br>Boston, MA  02206 | Gate Gourmet Amsterdam, BV<br>P.O. Box 7528<br>Schiphol East 0 1117 ZG<br>Netherlands |
| --- | --- | --- |
| The Boeing Company<br>Commercial Aircraft Division<br>P.O. Box 3707 MS 6X UI<br>Seattle, WA  98124 | Primeflight Aviation Services, Inc.<br>7135 Charlotte Park<br>Nashville, TN  37209 | Navitaire, Inc.<br>901 Marquette Ave, Suite 600<br>Minneapolis, MN 55402-3210 |
| NAAS<br>111 W. Sunrise Highway<br>Freeport, NY  11520 | McCann Relationship (MRM)<br>Attn: Laurie Broederick<br>622 Third Avenue<br>New York, NY  10017 | |
| | | |

11767613