# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>US Airways, Inc. et al.,<br><br>    Debtor | Case No.  04-13819-SSM<br>Jointly Administered<br>Chapter   11<br>Hon. Stephen S. Mitchell |

### Appointment of Committee of Unsecured Creditors

Pursuant to 11 U.S.C. § 1102, the following persons, having indicated a willingness to serve, are hereby appointed to the Committee of Unsecured Creditors:

**Chairperson**
**Airbus North American Holdings, Inc.**
**Attention:  R. Douglas Greco, Senior Director, Sales Finance**
198 Van Buren Street, Suite 300
Herndon, VA 20170-5335
E-Mail: Doug.greco@airbus.com

**Air Line Pilots Association**
**Attention: Kim Allen Snider**
153 Maple Drive
Warrendale, PA 15086
E-Mail: kasnider@connettime.net

**Electronic Data Systems Corporation**
**Attention: Kevin O'Shaughnessy, Account Executive**
2345 Crystal Drive, Suite H-285
Arlington, VA 2227
E-mail: kevin.oshaughnessy@eds.com

**Wachovia Bank N.A.**
**Attention: Robert L. Bice, II, V. P.,  Structured Finance Trust Services**
401 S. Tryon St., NC1179
Charlotte, NC 28117
E-mail: bob.bice@wachovia.com

**International Association of Machinists and Aerospace Workers**
**Attention: Jay R. Cronk, Asst. Transportation Coordinator**
9000 Machinists Place
Upper Marlboro, MD 20772-2687
E-mail: jcronk@iamaw.org

**Association of Flight Attendants**
**Attention: Perry Hayes, MEC Pres.**
200 Marshall Drive
Carapolis, PA 15108

**LSG Sky Chefs, Inc.**
**Attention: Janice L. Kiraly, Global Director-Credit & Collections**
6191 North State Hwy. 161
Irving, TX 75038
E-mail: Janice.kiraly@lsgskychefs.com

**Pension Benefit Guaranty Corporation**
**Attention: Andreas Wilkinson, Senior Financial Analyst**
1200 K Street, NW, Suite 270
Washington, DC 20005-4026
E-Mail: Wilkinson.andreas@pbgc.gov

**U. S. Bank National Association**
**Attention: Robert Butzier**
One Federal Street - 3rd Floor
Boston, MA 02111
E-mail: Robert.butzier@usbank.com

**Sabre, Inc.**
**Attention: Christine Vincenti-Potosky, Esq.**
3150 Sabre Drive
South Lake, TX 76092
E-Mail: Christine.vincenti-potosky@sabre-holding.com

**Bombardier Aerospace**
**Attention: Francois Ouellette, VP Legal Services**
P O Box 6087, Station Centre-ville
Montreal, Quebec, Canada H3C 3G9
E-Mail: Francois.oullette@notes.canadair.ca

**Communications Workers of America, AFL-CIO**
**Attention: Rick Braswell**
501 Third Street, NW
Washington, DC 20001
E-Mail: rickb@cwa-union.org

**General Electric**
**Attention: Eric M. Dull**
120 Long Ridge Road
Stamford, CT 06927
E-Mail: Eric.dull@ge.com

Dated: September 21, 2004                By: /s/ Dennis J. Early
                                         Dennis J. Early
                                         Asst. U.S. Trustee
                                         Office of the U.S. Trustee
                                         115 S. Union St., # 210
                                         Alexandria, VA 22314
                                         (703) 557-7176
                                         (703) 557-7279-fax