Sep 22 04 04:35p     AMERIBRIDGE                     317 826 2005              p.2

Ameribridge Services, a division of
American Steel Builders, Inc.
6175 Rainbeau Drive
Indianapolis, IN 46236 3520

PH. 317/826-2000
FAX 317/826-2005

| ATE | 08/11/04 |
|---|---|

INVOICE NO.     2838-0
TERMS   0.00% 30 DAYS

INVOICE TO  USA540ZA                    SHIP TO

US AIRWAYS, INC/JOHN DOMENICO          US AIRWAYS
PITTSBURGH INT'L AIRPORT               TICKET COUNTER
HANGER 9,GSE /PO BOX 12348             1200 AIRPORT RD.
PITTSBURGH PA 15231                    SOUTH BURLINGTON VT 05403

ORDER DATE     08/06/04        DATE SHIPPED   08/06/04
CUST. ORDER                    SHIPPED VIA    UPS NDA
PROJ MGR                       JOB NUMBER     5457B
OUR ORDER #    2838

| ORDER | SHIP | ITEM | DESCRIPTION | UNIT | UNIT-PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | 2002998AMB | ACTUATOR,LINEAR(CANOPY)12"STRK EACH | | 845.000 | 845.00 |
| | | | A12-20B5-12JE(9220-103120) | | | |
| 1 | 1 | | SHIPPING AND HANDLING | | 68.680 | 68.68 |
| | | | | NON-TAXABLE | | 913.68 |
| | | | | TAXABLE | | .00 |
| | | | | ** TOTAL DUE | | 913.68 |

Sep 22 04 04:35p    AMERIBRIDGE              317 826 2005              p.3

Ameribridge Services, a division of
American Steel Builders, Inc.
6425 Poindexter Drive
Indianapolis, IN  46235-0040

PH. 317/826-2000
FAX 317/826-2005

| APR 08/31/04 | | INVOICE NO.     2839-0 |
|---|---|---|
| | | TERMS    0.00% 30 DAYS |

INVOICE TO  USA5450S                      SHIP TO

US AIRWAYS/JOHN DOMENICO          US AIR CARGO/FLL
PITTSBURGH INT'L AIRPORT
P.O. BOX 12346/HANGER 3,GSE
PITTSBURGH PA 15231

| ORDER DATE | 08/10/04 | DATE SHIPPED | 08/10/04 |
|---|---|---|---|
| CUST. ORDER | | SHIPPED VIA | R&L |
| PROJ MGR | | JOB NUMBER | 5450S |
| OUR ORDER # | 2839 | | |

| ORDER | SHIP | ITEM | DESCRIPTION | UNIT | UNIT-PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | | USED-R-SIDE CAB CURTAIN ALUMINUM | | | |
| 1 | 1 | | LABOR ONLY | | 200.000 | 200.00 |
| 1 | 1 | | SHIPPING AND HANDLING | | 188.750 | 188.75 |

|  |  |
|---|---|
| NON-TAXABLE | 388.75 |
| TAXABLE | .00 |
| ** TOTAL DUE | 388.75 |

③

Sep 22 04 04:36p    AMERIBRIDGE                 317 826 2005              p.4

Ameribridge Services, & Systems of
American Steel Bridge, Inc.
5455 Schoolhouse Drive
Indianapolis, IN  40000 0000

                                                     PH. 317/826-2000
                                                     FAX 317/826-2005

DATE   09/07/04                    INVOICE NO.       2860-0
                                   TERMS    0.00% 30 DAYS

INVOICE TO  USA.5470B               SHIP TO

US AIRWAYS, INC.                    US AIRWAYS, INC.
PITTSBURGH INT'L AIRPORT            PHILADELPHIA INT'L AIRPORT
HANGER 3, GSE OFFICE,BOX 12046      GSE SHOP/DOOR#17/CARGO BLDG C7
PITTSBURGH PA 15231                 PHILADELPHIA PA 19153

ORDER DATE    09/07/04             DATE SHIPPED    09/07/04
CUST. ORDER   VERBAL J.DOMENICO    SHIPPED VIA     UPS NDA
PROJ MGR      JD                   JOB NUMBER      5470B
OUR ORDER #   2860

| ORDER | SHIP | ITEM | DESCRIPTION | UNIT | UNIT-PRICE | TOTAL |
|-------|------|------|-------------|------|-----------|-------|
| 1 | 1 | 2002999AMB | ACTUATOR,LINEAR(CANOPY)12"STRK A12-20B5-12JE(9220-103120.) | EACH | 945.000 | 945.00 |
| 1 | 1 | | SHIPPING AND HANDLING | | 63.120 | 63.12 |

THANK YOU. SERVICE CHARGE 1.5% PER MONTH         NON-TAXABLE      1,008.12
ADDED AFTER 30 DAYS.                             TAXABLE               .00

                                              ** TOTAL DUE        1,008.12

④

Sep 22 04 04:36p      AMERIBRIDGE                317 826 2005              p.5

**"AMERIBRIDGE PROJECT ADVISEMENT****INTERNAL USE ONLY""**

REVISION BY _____

| | |
|---|---|
| **SOLD TO:**<br>US AIRWAYS<br>ATTN: LEIGH ANN WOODBURY<br>2345 CRYSTAL DRIVE<br>ARLINGTON, VA 22227 | **JOB#:**  8345J   **PM:**  CS<br><br>**DATE:**  1/21/04<br><br>**REVISION DATE:** |
| **SHIP TO:**<br>ORF | **QUOTE # :** |
| | **TERMS OF PAYMENT:**  30 DAYS |
| **APPROVAL DRAWINGS:**  YES  NO X | **P.O.#:** |
| **DATE DRAWINGS REQUIRED:** N/A | **F.O.B. POINT:**  IND |
| **COMPLETE JOB DATE:** | **ROUTING REQUESTED:** |
| **MATERIAL AT JOB SITE:** | **FIELD START DATE:**  1/22/04 |
| **CUSTOMER CONTACT:**  LEIGH ANN WOODBURY | **ITEM FOR RESALE:**  YES  NO  X |
| **TELEPHONE NUMBER:**  (703) 872-7184 | **TAX EXEMPT #:** |
| **FAX NUMBER:**  (703) 872-7986 | **ORIGINAL CONTRACT:**  $116,390.00 |
| US AIR/ORF/REFURB & INSTALL | **CHANGE ORDERS TO DATE:**<br><br>**REVISED CONTRACT:** |

PICK UP & TRANSPORT (1) PBB FROM FLL TO AMERIBRIDGE
REFURBISH PBB IN AMERIBRIDGE SHOP AS PER QUOTE
TRANSPORT PBB TO ORF & INSTALL
TAKE DOWN & SCRAP EXISTING PBB IN ORF
TRANSFER PC AIR UNIT FROM EXISTING BRIDGE TO REFURBED BRIDGE
INSTALL OWNER PROVIDED 400HZ UNIT & CABLE HOIST.

| SPECIAL INSTRUCTIONS: | | |
|---|---|---|
| | **SUBTOTAL:** | $116,390.00 |
| | **TAXES** | |
| | **FREIGHT** | |
| | **TOTAL** | $116,390.00 |

⑤

# ORF - Regional Jet Passenger Boarding Bridge Modifications

## Construction Agreement

### between

### US Airways, Inc.

### and

### Ameribridge Services, Inc.

Contract No: F-ORF-04-03
Date: February 9, 2004

Sep 22 04 04:36p     AMERIBRIDGE          317 826 2005          p.7

# CONTINUATION SHEET

Ameribridge Services Job #8345J
USAR/FILL TO ORF REFURB
USAR CONTRACT #F-ORF-04-03

AIA DOCUMENT G703

APPLICATION NUMBER: 3
APPLICATION DATE: 6/22/04
PERIOD TO: 6/22/04
PROJECT NUMBER: 8346J

PAGE 1 OF 1 PAGE

| ITEM | DESCRIPTION OF WORK FILL TO ORF REFURB AND INSTALL O.G. 38320 | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATIONS (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) |
|---|---|---|---|---|---|---|---|---|
|  | **Norfolk International Airport** |  |  |  |  |  |  |  |
| 1 | Replace Canopy material | $6,854.00 | $6,854.00 |  |  | $6,854.00 | 100% | - |
| 2 | Replace tires and tube kits | 2,700.00 | 2,700.00 |  |  | 2,700.00 | 100% | - |
| 3 | Install safety chain | 250.00 | 250.00 |  |  | 250.00 | 100% | - |
| 4 | Install Ameribridge CRJ Floor | 12,960.00 | 12,960.00 |  |  | 12,960.00 | 100% | - |
| 5 | Paint interior and exterior | 10,760.00 | 10,760.00 |  |  | 10,760.00 | 100% | - |
| 6 | Repair minor rust damage | 2,500.00 | 2,500.00 |  |  | 2,500.00 | 100% | - |
| 7 | Replace marine grade plywood | 1,000.00 | 1,000.00 |  |  | 1,000.00 | 100% | - |
| 8 | Replace carpet | 2,790.00 | 2,790.00 |  |  | 2,790.00 | 100% | - |
| 9 | Replace ACF floor ckt boards | 1,500.00 | 1,500.00 |  |  | 1,500.00 | 100% | - |
| 11 | Replace lift column electrical | 850.00 | 850.00 |  |  | 850.00 | 100% | - |
| 12 | Replace exterior tunnel flooring | 1,850.00 | 1,850.00 |  |  | 1,850.00 | 100% | - |
| 13 | Replace auto level wheel & sw. | 450.00 | 450.00 |  |  | 450.00 | 100% | - |
| 15 | Perform rotunde column mod. | 4,700.00 | 2,350.00 | $2,350.00 |  | 4,700.00 | 100% | - |
| 16 | Miscellaneous repairs | 2,500.00 | 2,500.00 |  |  | 2,500.00 | 100% | - |
| 17 | Load PLB in FLL | 4,000.00 | 4,000.00 |  |  | 4,000.00 | 100% | - |
| 18 | Transport PLB from FLL to IND | 8,458.00 | 8,458.00 |  |  | 8,458.00 | 100% | - |
| 19 | Transport PLB from IND to ORF | 6,957.00 |  | $6,957.00 |  | 6,957.00 | 100% | - |
| 20 | Install PLB in ORF | 11,497.00 |  | 11,497.00 |  | 11,497.00 | 100% | - |
| 21 | Scrap existing PLB in ORF | 11,000.00 | 11,000.00 |  |  | 11,000.00 | 100% | - |
| 22 | Move pca from old to new PLB | 5,877.00 |  | 5,877.00 |  | 5,877.00 | 100% | - |
| 23 | Provide power cable for PCA | 2,300.00 | 2,300.00 |  |  | 2,300.00 | 100% | - |
| 24 | Provide and install panto for pca | 4,705.00 | 4,705.00 |  |  | 4,705.00 | 100% | - |
| 25 | Install supplied 400hz and hoist | 3,720.00 |  | 3,720.00 |  | 3,720.00 | 100% | - |
| 26 | Provide & install panto for 400hz | 3,862.00 | 3,862.00 |  |  | 3,862.00 | 100% | - |
| 27 | Provide power cable for 400hz | 2,300.00 | 2,300.00 |  |  | 2,300.00 | 100% | - |
| 28 | CO #1 Provide pca side mnt | 2,050.00 |  | 2,050.00 |  | 2,050.00 | 100% | - |
| 29 |  |  |  |  |  |  |  |  |
| 30 |  |  |  |  |  |  |  |  |
| 31 |  |  |  |  |  |  |  |  |
|  | **TOTAL FOR PAGE 1** | $118,440.00 | $74,889.00 | $43,551.00 |  | $118,440.00 | 100% | - |

⑦

# AMERIBRIDGE
## SERVICES

February 26, 2004

US Airways
2345 Crystal Drive
Arlington, Va. 22227
Attn: Mr. Oscar Martin
CC: Ms. Pam Hilliard via fax # 703-872-6292

Re: Final scope of work and pricing for FLL refurbishment and installation

Mr. Martin,

Below please find the finalized scope of work and pricing for the refurbishment and installation of the FLL PLB in storage. In addition to the scope and pricing please review our proposed refurbishment and installation schedule.

**Refurbishment Items and pricing:**

| | |
|---|---|
| 1) Replace canopy material= | $ 6,854.00 |
| 2) Replace tires and tube kits= | $ 2,700.00 |
| 3) Install Ameribridge CRJ floor extension= | $12,960.00 |
| 4) Repair minor rust damage on sides and bottom of bridge= | $ 2,500.00 |
| 5) Replace ACF floor auto leveler boards= | $ 1,500.00 |
| 6) Replace lift column electrical= | $  850.00 |
| 7) Replace exterior tunnel flashing= | $ 1,840.00 |
| 8) Provide spool for column and base plate modification= | $ 4,700.00 |
| **Total for all refurbishment items=** | **$33,904.00** |

**Installation:**

| | |
|---|---|
| 1) Take down and scrap existing radial bridge= | $ 9,200.00 |
| 2) Install newly refurbished PLB at Gate 3= | $13,447.00 |
| **Total for installation=** | **$22,647.00** |

**TOTAL FOR ALL PROPOSED WORK=**              $56,551.00

⑨

A Division of American Steel Builders Incorporated

EXHIBIT A
Page 1 of 1

# PASSENGER BOARDING BRIDGE CONSTRUCTION AGREEMENT BETWEEN US AIRWAYS, INC. AND AMERIBRIDGE SERVICES, INC.

## SPECIFICATION OF THE WORK & FEES

**1.0   SITE**

Work will be provided at the following Site:

Ft. Lauderdale International Airport
200 Terminal Drive
Fort Lauderdale, FL 33315

**2.0   SPECIFICATION OF WORK**

2.1   Contractor will provide all necessary supervision, labor, equipment and materials to refurbish one (1) Passenger Boarding Bridge. In performing such Work, Contractor will:

2.1.1   Replace the canopy material
2.1.2   Replace the tires and tube kits
2.1.3   Remove the rail and kick plate and install safety chain
2.1.4   Repair minor dust damage to sides and bottom of bridge
2.1.5   As needed, replace the sheets of marine grade plywood flooring
2.1.6   Replace the carpet
2.1.7   Replace the Articulating Cab Floor auto-leveler boards
2.1.8   Replace the lift column electrical cables
2.1.9   Replace the exterior tunnel flashing
2.1.10  Replace the auto-level wheel and limit switches
2.1.11  Provide spool for column and baseplate modifications
2.1.12  Provide additional miscellaneous repairs as required to bring the Passenger Boarding Bridge to "like new" appearance and operation.

2.2   Contractor will provide all necessary supervision, labor, equipment and materials to relocate the one (1) refurbished Passenger Boarding Bridge. Such work will include removing the Passenger Boarding Bridge from storage, transporting it to the desired location, and preparing it for installation at Gate E-3.

2.3   Contractor will provide all necessary supervision, labor, equipment and materials to install (1) Passenger Boarding Bridge. Such work will include the following: Removal of existing radial bridge on Gate E-3. Scrap, dispose and provide written evidence indicating the bridge was scrapped. After removal of existing bridge, install the refurbished bridge in its place.

2.4   Contractor will provide all necessary training to US Airways personnel in the operation and maintenance of the bridge.

**3.0   SCHEDULE**

3.1   Contractor will start the Work on or about June 7, 2004 and complete all Work not later than July 14, 2004.

**4.0   RATES AND TERMS OF PAYMENT**

4.1   The amount due hereunder for the Work will be fifty-six thousand, five hundred and fifty-one dollars ($56,551).

Contract No: FP0402-0015
Date: February 26, 2004

(10)

# U.S. AIRWAYS
## FORT LAUDERDALE
## ANCILLARY EQUIPMENT INSTALLATION

THE FOLLOWING IS A QUOTATION FOR THE RE-INSTALLATION OF 400HZ AND PC-AIR UNITS AT GATE E-3
AT FORT LAUDERDALE/HOLLYWOOD INTERNATIONAL AIRPORT (FLL).

| | |
|---|---:|
| 1 REMOVE EXISTING 20TON PC-AIR UNIT AND INSTALL NEW 30TON UNIT AT E3 | $4,205.00 |
| 2 PROVIDE AND INSTALL (1) 3 1/2" ALUMINUM PANTOGRAPH FOR PC AIR INPUT CABLE | $3,972.00 |
| 3 CRATING AND SHIPPING CHARGE FOR PANTOGRAPH FROM IND TO FLL | $546.25 |
| 4 PROVIDE 150' OF 4C 2AWG INPUT POWER CABLE FOR PC AIR (INSTALLED IN PANTOGRAPH) | $2,300.00 |
| **TOTAL PRICE TO TRANSPLANT EXISTING PC-AIR UNIT** | **$11,023.25** |

### AND

| | |
|---|---:|
| 4 REMOVE EXISTING 400 HZ UNIT FROM GATE THREE INSTALL NEW PWM UNIT | $3,997.00 |
| **TOTAL PRICE TO TRANSPLANT EXISTING 400 HZ UNIT** | **$3,997.00** |
| **TOTAL PRICE TO RE-INSTALL BOTH THE 400HZ AND PC-AIR UNITS** | **$15,020.25** |

**TOTAL FOR ALL ADDITIONAL WORK FOR FLL**          **$25,388.03**

⑫

Ameribridge Services, A Division of
American Steel Building,
9625 Poindexter Drive
Indianapolis, IN

PH. 317/826-2000
FAX 317/826-2005

DATE 05/31/04

INVOICE NUMBER      13900
TERMS      0.00% 30 DAYS

INVOICE TO USA8381F                    SHIP TO

US AIRWAYS INC.                        FLL
ATTN: MELISSA BURNARD
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

ORDER DATE       04/07/04      BILLING DATE   05/31/04
CUST ORDER #   FP0402-0016     SHIP VIA
PROJ MGR                       JOB            8381F

FLL        FACILITIES/OSCAR MARTIN

| ORD QT SHP DESCRIPTION | | TOTAL |
|---|---|---|
| | SEE ATTACHED SCHEDULE OF VALUES | |
| | ORIGINAL CONTRACT AMOUNT FOR TOTAL PROJECT: | |
| | | $56,551.00 |
| | TOTAL EARNED TO DATE: | $29,729.00 |
| | LESS RETAINAGE: | N/A |
| 1    1 | AMOUNT DUE THIS INVOICE | 29729.00 |
| | SUBTOTAL | 29,729.00 |
| | **     TOTAL DUE | 29,729.00 |

THANK YOU.

⑬

PH. 317/826-2000
FAX 317/826-2005

INVOICE NUMBER      13387
TERMS         0.00% 30 DAYS

INVOICE TO SCATTLE          SHIP TO

US AIRWAYS INC.                    FLL
ATTN: OSCAR MARTIN
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

ORDER DATE      04/07/07        BILLING DATE   06/30/04
CUST ORDER #   FP0402-0015      SHIP VIA
PROJ MGR                         JOB           8361F

| ORD QT SHP DESCRIPTION | TOTAL |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | $56,551.00 |
| CHANGE ORDERS: | 0 |
| TOTAL EARNED TO DATE: | $56,551.00 |
| TOTAL EARNED THIS BILLING: | $26,822.00 |
| LESS RETAINAGE: | N/A |
| LESS PREVIOUS INVOICES: | $29,729.00 |
| 1  1 AMOUNT DUE THIS INVOICE | 26822.00 |
| | SUBTOTAL       26,822.00 |
| | **  TOTAL DUE   26,822.00 |

THANK YOU.        ORIGINAL INVOICE
                  FROM 6/30/04 - REPLACED
                  BY 13387 + 13387-1
                  AT OSCAR MARTIN'S
                  REQUEST.

# SCHEDULE OF VALUES

Ameribridge Services Job # 8381F
USAIR / FLL / REFURB & INSTALL
USAIR CONTRACT # FPO402-0015

AIA DOCUMENT G703

| | | | APPLICATION NUMBER: | 1 |
| APPLICATION DATE: | 5/26/2004 |
| PERIOD TO: | 5/26/2004 |
| PROJECT NUMBER: | 8381F |

PAGE 1 OF 1 PAGE

| ITEM | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | FROM PREVIOUS APPLICATIONS (D+E) | THIS PERIOD | | | | |
| 1 | Replace Canopy material | $6,854.00 | $6,854.00 | $ - | | $6,854.00 | 100% | $ - |
| 2 | Replace tires and tube kits | $2,700.00 | $2,700.00 | $ - | | $2,700.00 | 100% | $ - |
| 4 | Install Ameribridge CRJ Floor | $12,960.00 | $12,960.00 | $ - | | $12,960.00 | 100% | $ - |
| 7 | Repair minor rust damage | $2,500.00 | $1,125.00 | $1,375.00 | | $2,500.00 | 100% | $ - |
| 11 | Replace ACF floor ckt boards | $1,500.00 | $1,500.00 | $ - | | $1,500.00 | 100% | $ - |
| 12 | Replace lift column electrical | $850.00 | $550.00 | $300.00 | | $850.00 | 100% | $ - |
| 13 | Replace exterior tunnel flashing | $1,840.00 | $1,840.00 | $ - | | $1,840.00 | 100% | $ - |
| 15 | Perform rotunda column mod | $4,700.00 | $2,200.00 | $2,500.00 | | $4,700.00 | 100% | $ - |
| 20 | Install PLB in FLL | $13,447.00 | $ - | $13,447.00 | | $13,447.00 | 100% | $ - |
| 21 | Scrap existing PLB from FLL | $9,200.00 | $ - | $9,200.00 | | $9,200.00 | 100% | $ - |
| | Sales Tax | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | TOTAL FOR PAGE 1 | $56,551.00 | $29,729.00 | $26,822.00 | | $56,551.00 | 100% | $ - |

(15)

Sep 22 04 04:37p      AMERIBRIDGE           317 826 2005            P.15

Ameribridge Services, A Division of
American Steel Builders, I.
5425 Poindexter Drive
Indianapolis, IN 46235-9040

PH. 317/826-2000
FAX 317/826-2005

DATE  | 07/26/04

INVOICE NUMBER    13387
TERMS        0.00% 30 DAYS

INVOICE TO USA8381F              SHIP TO

US AIRWAYS, INC.              FLL
ATTN: OSCAR MARTIN
2345 CRYSTAL DRIVE
ARLINGTON, VA 22227

ORDER DATE    04/07/04          BILLING DATE    06/30/04
 UST ORDER #   FP0402-0015        SHIP VIA
 PROJ MGR                         JOB          8381F

| QTY ORD | QT SHP | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | ORIGINAL CONTRACT AMOUNT: | $56,551.00 |
| | | CREDIT FOR OUR PURCHASE OF (3) US AIRWAYS OWNED 400HZ UNITS | -$ 6,000.00 |
| | | CREDIT FOR GATE E3 RJ MODIFICATION (SEPERATE INVOICE ATTACHED) | -$12,960.00 |
| | | REVISED CONTRACT AMOUNT: | $37,591.00 |
| | | TOTAL EARNED TO DATE: | $37,591.00 |
| | | LESS RETAINAGE: | N/A |
| | | LESS PREVIOUS INVOICES: | $29,729.00 |
| | | TOTAL EARNED THIS BILLING: | $ 7,862.00 |
| L | 1 | AMOUNT DUE THIS INVOICE: | 7862.00 |

SUBTOTAL      7,862.00

**    TOTAL DUE      7,862.00

THANK YOU.

# US AIR FLL BRIDGE REFURBISHMENT AND INSTALLATION

## EXTRA WORK

| | | |
|---|---|---|
| 1 | REPLACE UPPER ROTUNDA CURTAIN MOUNT ASSEMBLY | $500.00 |
| 2 | REMOVE ROTUNDA CURTAIN BARREL FROM RADIAL AND INSTALL IN 58/110 | $997.00 |
| 3 | PROVIDE AND INSTALL CAB ROTATE MOTOR AND SPROCKET TO REPLACE MISSING MOTOR. INCLUDES SHIPPING | $958.00 |
| 4 | REPLACE ALL RIBBED RUBBER AND POUND DOWN IN BUBBLE AREA AS PER PAT DORISMOND. NOTE: US AIR TO PROVIDE ALL MATERIALS | $1,557.00 |
| 5 | PROVIDE AND REPLACE DAMAGED MARINE GRADE PLYWOOD SHEETING IN THE BUBBLE AREA AS WELL AS THE FRONT OF THE 'C' TUNNEL AS PER PAT DORISMOND | $2,792.00 |
| 6 | RE-CARPET ENTIRE BRIDGE AS PER PAT DORISMOND. NOTE: US AIRWAYS TO PROVIDE ALL MATERIALS | $1,250.00 |

**TOTAL FOR REFURBISHMENT PORTION**          **$8,054.00**

## ADDITIONAL ITEMS NOT UNDER CONTRACT

| | | |
|---|---|---|
| 1 | PAYMENT AND PERFORMANCE BONDS @ 2.5% OF THE CONTRACT | $1,413.78 |
| 2 | FOUNDATION ENGINEERING VERIFICATION | $900.00 |

**TOTAL FOR ADDITIONAL ITEMS NOT UNDER CONTRACT**          **$2,313.78**

**TOTAL CHANGE ORDERS REQUIRED**          **$10,367.78**

Sep 22 04 04:38p      AMERIBRIDGE          317 826 2005              P.17

Ameribridge Services, A Division of
American Steel Builders, I
5425 Poindexter Drive
Indianapolis, IN 46235-9040

PH. 317/826-2000
FAX 317/826-2005

| DATE | 7/26/04 |
|------|---------|

INVOICE NUMBER     13387-1
TERMS      0.00% 30 DAYS

INVOICE TO USA8381F                    SHIP TO

US AIRWAYS, INC.                    FLL
ATTN: OSCAR MARTIN
2345 CRYSTAL DRIVE
ARLINGTON, VA 22227

ORDER DATE    04/07/04              BILLING DATE    06/30/04
CUST ORDER #  FP0402-0015           SHIP VIA
PROJ MGR                            JOB             8381F

QTY ORD QT SHP DESCRIPTION                                    TOTAL

            GATE E3 FLL - RJ MODIFICATIONS

            ORIGINAL CONTRACT AMOUNT:        $12,960.00

            CHANGE ORDERS:                        0

            TOTAL EARNED TO DATE:            $12,960.00

            LESS RETAINAGE:                     N/A

        1   AMOUNT DUE THIS INVOICE              12960.00

                                SUBTOTAL        12,960.00

                            **    TOTAL DUE      12,960.00

THANK YOU.

Ameribridge Services, A Di  sion of
American Steel Builders, Inc.
5425 Poindexter Drive
Indianapolis, IN  46235-9040

PH. 317/826-2000
FAX 317/826-2005

DATE 07/27/04

INVOICE NUMBER   13408
TERMS       0.00% 30 DAYS

INVOICE TO USA0381X

SHIP TO

US AIRWAYS, INC.
OSCAR MARTIN
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

FLL

ORDER DATE      07/01/04
CUST ORDER #
PROJ MGR

BILLING DATE    07/27/04
SHIP VIA
JOB             8381X

| ORD | QT | SHP | DESCRIPTION | | TOTAL |
|-----|----|----|-------------|--|-------|
| | | | GATE E3 FLL - EXTRA WORK AS PER ATTACHED QUOTATION | | |
| | | | ORIGINAL CONTRACT AMOUNT: | $25,388.03 | |
| | | | CHANGE ORDERS: | 0 | |
| | | | TOTAL EARNED TO DATE: | $25,388.03 | |
| | | | LESS RETAINAGE: | N/A | |
| 1 | 1 | | AMOUNT DUE THIS INVOICE | | 25388.03 |
| | | | SUBTOTAL | | 25,388.03 |
| | | | ** TOTAL DUE | | 25,388.03 |

THANK YOU.

(18)

Sep 22 04 04:38p    AMERIBRIDGE          317 826 2005          p.19

SEP-10-2004 09:20 AM  MATRIX @ M.I.A        305 869 1362       P.01

**Post-it® Fax Note   7671**

To CHAD S.          From LEE LEVENSON
Co./Dept. AMERIBRIDGE   Co. MATRIX SYSTEMS
Phone #               Phone # 321-189-3692
Fax # 317-826-2005    Fax # 305 869 1362

THIS IS NOT INVOICE, SERVICE TICKET ONLY

**MATRIX SYSTEMS, INC.**
7630 Paragon Road
Dayton, OH 45459
(513) 439-8800
(513) 439-8988 - Fax
(888) 842-3345 - Service Hotline

**MATRIX**
OR SERVICE, NOT CONFORMING

| | | | |
|---|---|---|---|
| CUSTOMER | AMERIBRIDGE SERVICES INC. | REPORT NO. | 32097 - 2 |
| ATTN | CHAD SLOAN | DATE | 9/9/2004 |
| ADDRESS | 3426 POINDEXTER DRIVE | TIME | 3:00PM |
| | | BY | Chad Sloan |
| CITY | INDIANPOLIS | DATE SERVICE | 9/1/2004   1:00PM to 3:00PM & |
| ST - ZIP | IN 46226 | WAS PERFORMED | 9/8/2004   3:00PM to 6:30PM |
| TELEPHONE | 317-826-2004 X 100 | EQUIPMENT NO. | Jetway E-3 |
| E-MAIL | | SERIAL NO. | |

| BILLABLE SERVICE: | YES | WARRANTY: | NO |
|---|---|---|---|
| MAINTENANCE SERVICE AGREEMENT: | N/A | CONTRACT # | TAM INSTALL:  NO |

CUSTOMER IS DOING CONTRACT WORK AT FT. LAUD / MIAMI INT'L AIRPORT FOR BEAD
CUSTOMER REQUESTED THAT THE MATRIX READERS AT E-3 JETWAY BE RECONNECTED SINCE RENOVATIONS ARE DONE

9-1-2004: FOUND THAT THE WIRING PREVIOUSLY DISCONNECTED AND SECURED HAS BEEN TOTALLY TORN
APART AND THE MATRIX PIB TO IRC CONNECTOR NOW MISSING. CONTACTED CHAD S. REINSTALLED METAL BOX
THAT LEAKING WATER, CUSTOMER HAD NECESSARY REPAIRS DONE. MATRIX REINSTALLED THE R.E.X. MOUNTED TO CARDREADER MOUNT.
BEGAN REPAIR TO COMPLETE REINSTALLATION INSTALL ALL NEW WIRING COMPONENTS AND NEW MATRIX READER PIGTAIL CONNECTOR
TEST ALL COMPONENTS AND THEIR FUNCTIONS AND CONFIRM SIGNAL TRANSMISSION TO THE FLL COMM CENTER. READERS BACK ON LINE.
BILL CUSTOMER FOR 5 HOURS TOTAL LABOR AT STANDARD RATE. THIS IS PART 2 (TWO) OF THIS CALL.

| PART NO. | DESCRIPTION | UNIT COST | TOTAL COST | | | | |
|---|---|---|---|---|---|---|---|
| | | | | LABOR | | HOURS | RATE | TOTAL COST |
| | | | | STANDARD TIME | | 5.00 | $100.00 | $500.00 |
| | | | | OVERTIME | | 0.00 | $150.00 | $0.00 |
| | | | | PREMIUM TIME | | 0.00 | $200.00 | $0.00 |
| | | | | | | | TOTAL LABOR | $500.00 |

| | | MILES | RATE | MILEAGE CHARGE | PARKING / TOLLS | TOTAL TRANS. |
|---|---|---|---|---|---|---|
| TOTAL PARTS | $0.00  TOTAL LABOR  $500.00 | 0.00 | $0.41 | $0.00 | $0.00 | $0.00 |

                                                                    $500.00

I HEREBY AUTHORIZE REPAIR OF THE EQUIPMENT OR PERFORMANCE OF THE SERVICE
DESCRIBED ABOVE. CUSTOMER SERVICES RECEIPT OF SERVICE RENDERED.

| CUSTOMER P.O. NUMBER | PRINT NAME |
|---|---|
| | CHAD SLOAN |

| COMPLETED BY | DATE | CUSTOMER SIGNATURE | DATE |
|---|---|---|---|
| LEE LEVENSON | 9/9/2004 | VERBAL APPROVAL | 9/9/2004 |

THIS IS NOT AN INVOICE. YOU WILL RECEIVE A SEPARATE INVOICE IF CHARGES ARE APPLICABLE.

(19)

*AMERIBRIDGE PROJECT ADVISEMENT***INTERNAL USE ONLY**

REVISION BY _____

| | |
|---|---|
| **SOLD TO:**<br>US AIRWAYS, INC.<br>2345 CRYSTAL<br>ARLINGTON, VA 22227 | **JOB#:**      8393F    **PM:**   JD<br><br>**DATE:**                5/3/04<br><br>**REVISION DATE:** |
| **SHIP TO:**<br><br>GSO | **QUOTE # :**            3560 |
| | **TERMS OF PAYMENT:**   30 DAYS |
| **APPROVAL DRAWINGS:**    YES  X    NO | **P.O.#:**          VERBAL PAT DORISMOND |
| **DATE DRAWINGS REQUIRED:** BY JOB<br>COMPLETION | **F.O.B. POINT:** |
| **COMPLETE JOB DATE:**   TBD | **ROUTING REQUESTED:** |
| **MATERIAL AT JOB SITE:**   TBD | **FIELD START DATE:**    TBD |
| **CUSTOMER CONTACT:**   PAT DORISMON | **ITEM FOR RESALE:**    YES      NO    X |
| **TELEPHONE NUMBER:**   (703) 872-5970 | **TAX EXEMPT #:** |
| **FAX NUMBER:**      (703) 359-3021 | **ORIGINAL CONTRACT:**   $232,500.00 |
| **US AIR/GSO/RADIAL EXTENSIONS** | **CHANGE ORDERS TO DATE:**<br><br>**REVISED CONTRACT:** |

EXTEND GATES 42, 45, & 46 PER DRAWINGS PRODUCED BY GARY

| **SPECIAL INSTRUCTIONS:**<br>SEE GARY PER QUOTE FILE FOR DRAWINGS | **SUBTOTAL:**   $232,500.00 |
|---|---|
| | **TAXES** |
| | **FREIGHT** |
| | **TOTAL** |

(20)

**Agreement for Passenger Boarding Bridge RJ Modifications**
**Gates at 42, 44 and 45 at GSO**


**between**


**US Airways, Inc.**


**and**


**Ameribridge Service, Inc.**


Contract No: F-MIS-2004-031
Date: May 18, 2004   (21)

**\*AMERIBRIDGE PROJECT ADVISEMENT\*\*\*\*INTERNAL USE ONLY\*\***

REVISION BY _____

| | |
|---|---|
| **SOLD TO:**<br>US AIRWAYS, INC<br>ATTN: LEIGH ANN WOODBURY<br>2345 CRYSTAL DRIVE<br>ARLINGTON, VA 22227 | **JOB#:**          8401F        PM:  JD<br>**DATE:**          5/15/04<br>**REVISION DATE:** |

| | |
|---|---|
| **SHIP TO:**<br>ORF | **QUOTE # :**          3557 |
| | **TERMS OF PAYMENT:**     30 DAYS |
| **APPROVAL DRAWINGS:**     YES     NO X | **P.O.#:**          VERBAL PER LEIGH ANN |
| **DATE DRAWINGS REQUIRED:** N/A | **F.O.B. POINT:**     IND |
| **COMPLETE JOB DATE:**     TBD | **ROUTING REQUESTED:** |
| **MATERIAL AT JOB SITE:**     5/24/04 | **FIELD START DATE:**     5/24/04 |
| **CUSTOMER CONTACT:**     LEE ANN<br>          WOODBURY | **ITEM FOR RESALE:**     YES     NO   X |
| **TELEPHONE NUMBER:**     (703) 872-7248 | **TAX EXEMPT #:** |
| **FAX NUMBER:**          (703) 872-7986 | **ORIGINAL CONTRACT:**     $36,766.00 |
| | **CHANGE ORDERS TO DATE:** |
| US AIR/ORF/MOVES | **REVISED CONTRACT:**     $36,766.00 |

**SCOPE:**

| | |
|---|---|
| 1) GATE 5: TAKE DOWN, LOAD, & SHIP PLB TO AMERIBRIDGE YARD | $13,157.00 |
| 2) GATE 7: TAKE DOWN & MOVE TO GATE 2 ADDING A 24" EXTENDED CORRIDOR & HAUNCH | $23,609.00 |
| 3) GATE 7: GREASE AND COVER OLD ANCHOR BOLTS | N/C |
| 4) MOBILIZATION/DEMOBILIZATION | N/C |

| SPECIAL INSTRUCTIONS: | | |
|---|---|---|
| | **SUBTOTAL:** | $36,766.00 |
| | **TAXES** | |
| | **FREIGHT** | |
| | **TOTAL** | |

Sep 22 04 04:39p      AMERIBRIDGE          317 826 2005           p.23

Construction Services, A Division of
American Steel Builders, Inc.
5525 Tatlorwer Drive
Indianapolis, IN  40235-9040

PH: 317/826-2000
FAX 317/826-2005

DATE 07/31/04

INVOICE NUMBER      13383
TERMS        0.00% 30 DAYS

TRAILER TO USAB401F            SHIP TO

US AIRWAYS, INC               ORF
ATTN: LEIGH ANN WOODBURY
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

| ORDER DATE | 05/15/04 | BILLING DATE | 06/29/04 |
|---|---|---|---|
| CUST. ORDER # | VERBAL LEE ANN W. | SHIP VIA | |
| SALESMAN | SD | JOB | 8401F |

| ID | QT | SHIP DESCRIPTION | TOTAL |
|---|---|---|---|

1) GATE 6: TAKE DOWN, LOAD, & SHIP TO AMERIBRIDGE
   YARD & SCRAP =                    $13,157.00

2) GATE 7: TAKE DOWN & RELOCATE TO GATE 8, ADD A 24"
   EXTENDED CORRIDOR & LAUNCH =      $23,805.00

3) GATE 7: GREASE & COVER OLD ANCHOR BOLTS =      N/C

4) MOBILIZATION/DEMOBILIZATION =     N/C

C.O. #1:   REPAIRED WIRE FOR PLB & HOOK UP CABLES
           ADD =                     $1,320.00

ORIGINAL CONTRACT AMOUNT:            $36,766.00

CHANGE ORDERS:                       $1,320.00

REVISED CONTRACT AMOUNT:             $38,086.00

TOTAL EARNED TO DATE:                $38,086.00

LESS RETAINAGE:                      N/A

AMOUNT DUE THIS INVOICE              38086.00

                        SUBTOTAL     38,086.00

                    **  TOTAL DUE    38,086.00

38,086.00

THANK YOU.



Case 04-13819-SSM   Doc 4022-2   Filed 06/12/06   Entered 06/12/06 15:17:44   Desc
Exhibit(s)  Invoices (supporting proof of claim)   Page 22 of 24

Sep 22 04 04:39p       AMERIBRIDGE              317 826 2005           p.24

# AMERIBRIDGE →
## SERVICES

April 12, 2004

US Airways Inc.
Attn: Leigh Ann Woodbury
2345 Crystal Drive
Arlington, VA, 22227

Re: Norfolk Gate Moves

Leigh Ann,

Ameribridge Services is pleased to provide the following quotation. Pricing includes all labor, materials, and expenses necessary to complete the scope of work. Pricing assumes that all foundations / anchor bolt patterns will match the PBB anchor bolt pattern being moved to that gate. Pricing also assumes that building electrical power is sufficient for the PBB being moved to the new gate. Pricing does not include any foundation, building electrical upgrade work, or engineering work. Scope of work and pricing are as follows:

| | |
|---|---:|
| 1) Take down and scrap Gate 5= | $13,157.00 |
| 2) Move Gate 7 to Gate 2 adding a 24" extended corridor and haunch= | $23,609.00 |
| 3) Grease and cover old anchor bolts at Gate 7= | $ No charge |
| 4) Mobilization / demobilization= | $ No charge |
| *Total for above mentioned work=* | *$36,766.00* |

Please note that there will be no mobilization charge if this work is completed at the same time the PBB from FLL is installed at ORF. Also there is NO pricing to modify Gate 7 for CRJ or ERJ aircraft. If this is required additional pricing will be required.

Thank you for the opportunity to provide this quotation and for your continued interest in Ameribridge Services. If you should have any questions or concerns please feel free to contact me at 1-800-950-1401 ext 103 or my cell at 317-997-9119.

Best regards,
Ameribridge Services

Jason S. Summers
Director of Sales and Services

(25)

**"AMERIBRIDGE PROJECT ADVISEMENT"**
**"INTERNAL USE ONLY"**       REVISION BY _____  _____

| | |
|---|---|
| **SOLD TO:**<br>US AIRWAYS<br>ATTN: MELISSA BURNARD<br>2345 CRYSTAL DRIVE<br>ARLINGTON, VA 22227 | **JOB#:**          8346X      **PM:**   **GS** |
| **SHIP TO:**<br>TBD | **DATE:**               12/3/03 |
| | **REVISION DATE:** |
| | **QUOTE # :** |
| | **TERMS OF PAYMENT:** |
| **APPROVAL DRAWINGS:**     YES     NO X | **P.O.#:**           VERBAL |
| **DATE DRAWINGS REQUIRED:** | **F.O.B. POINT:**      IND |
| **COMPLETE JOB DATE:**     TBD | **ROUTING REQUESTED:** |
| **MATERIAL AT JOB SITE:** | **FIELD START DATE:**   12/10 TO 12/12 |
| **CUSTOMER CONTACT:**     MELISSA<br>                           BURNARD | **ITEM FOR RESALE:**     YES     NO   X |
| **TELEPHONE NUMBER:**     (703) 872-7012 | **TAX EXEMPT #:**       YES |
| **FAX NUMBER:**           (703) 872-7986 | **ORIGINAL CONTRACT:**   TBD |
| **BRIDGE STORAGE @ AMERIBRIDGE YARD** | **CHANGE ORDERS TO DATE:**<br><br>**REVISED CONTRACT:** |

1) STORE BRIDGES & COMPONENTS AS DIRECTED BY US AIRWAYS
2) CHARGES TO BE $150.00/MO PLUS CRANE & LABOR CHARGES IF BRIDGES NEED TO BE
   MOVED
3) NO CHARGE FOR STORAGE ($150/MO) IF AMERIBRIDGE IS THE INSTALLER AT THE NEW
   LOCATION.

| **SPECIAL INSTRUCTIONS:** | **SUBTOTAL:** |
|---|---|
| | **TAXES** |
| | **FREIGHT** |
| | **TOTAL** |

26

Sep 22 04 04:39p      AMERIBRIDGE                317 826 2005              p.26

Ameribridge Services, A Division of
American Steel Builders, Inc.
5425 Poindexter Drive
Indianapolis, IN  46235-9040

PH. 317/826-2000
FAX 317/826-2005

DATE 09/13/04

INVOICE NUMBER   13437
TERMS       0.00% 30 DAYS

INVOICE TO USA8346X                SHIP TO

USAIRWAYS                          SAME
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

ORDER DATE      12/03/03          BILLING DATE   09/13/04
CUST ORDER #                      SHIP VIA
PROJ MGR        GS                JOB            8346X

| Y ORD QT SHP DESCRIPTION | TOTAL |
|---|---|
| STORE BRIDGE & COMPONENTS AS DIRECTED BY US AIR | |
| A3-65/99 FROM BGM STORAGE FROM 12/11/03 THROUGH | |
| 9/12/04 = $1,350 | |
| A3-44/78 FROM CLE STORAGE FROM 4/21/04 TO | |
| 9/12/04 = $712.50 | |
| A3-58/110 FROM BDL FROM 5/13/04 TO 9/12/04 =$800.00 | |
| ADDITIONAL CHARGES FOR CRANE TIME AND LABOR FOR | |
| MOVING OF BRIDGES IN STORAGE YARD =         $42,426.83 | |
| ORIGINAL CONTRACT AMOUNT:          $45,088.83 | |
| CHANGE ORDERS:                     0 | |
| REVISED CONTRACT AMOUNT:           N/A | |
| TOTAL EARNED TO DATE:              $45,088.83 | |
| LESS RETAINAGE:                    N/A | |
| LESS PREVIOUS INVOICES:            0 | |
| 1     1 AMOUNT DUE THIS INVOICE                    45088.83 | |
| SUBTOTAL     45,088.83 | |
| **     TOTAL DUE     45,088.83 | |

